[No. 15520-0-III.    Division Three.    August 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY CONRAD WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01440-9, Paul A. Bastine, J., entered January 16, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 19700-6-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BLANE EGBERT ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00214-5, Thomas L. Lodge, J., entered July 11, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.

[Nos. 19798-7-II; 19799-5-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. LASAMIAL VARNELL REED, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. FRANK SHANNON BELLUE, *Respondent*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 95-1-02369-1 and 95-1-02371-3, Donald H. Thompson, J., entered July 12, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19846-1-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC JAMES SCHAUMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-01186-9, Rosanne Buckner, J., entered July 31, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, J.; Morgan, J., concurring in the result only.